Case 11-23006    Doc 68    Page 1 of 2

FILED
July 27, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003662624

THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA  95354
TEL (209)575-3116
FAX (209)575-5956

Attorney for Debtors
ANTONIO and LORENA MARTINEZ

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

In Re:

    ANTONIL MARTINEZ and
    LORENA MARTINEZ

                Debtors.
_____/

CASE NO. 11-23006-C-11
CHAPTER 13

DCN-UST-1

Date:   August 10, 2011
Time:   10:00 a.m.
Dept:   U.S. Bankruptcy Court
        501 I Street, 7th Floor, Room #35
        Sacramento, California  95814

**<u>OPPOSITION OF DEBTOR TO MOTION OF US TRUSTEE
FOR DISMISSAL OR CONVERSION</u>**

Debtors herein oppose the motion on the following grounds:

1) Debtors are current with their operating reports.  They have been working closely with the CPA in the US Trustee's office to make sure these reports are accurate and timely.  She has been very helpful.  Amended reports have been filed for April, May and June (Dockets 62 – 65).

2) Debtors filed Status Reports on 4/19/11 (Doc 45) and 7/5/11 (Doc 51).

3) The debtors have surrendered their 8 unit apartment in Oakland and rental in Las Vegas. They expect to successfully negotiate a modified mortgage on their remaining rental unit. Negotiations are progressing.

Wherefore, debtors request they be given a chance to propose a disclosure statement and plan.


Respectfully submitted,


Dated:   July 27, 2011                    */s/ Thomas O Gillis*
                                          THOMAS O. GILLIS
                                          ATTORNEY FOR DEBTOR