FILED
July 27, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003662625

THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL (209)575-3116
FAX (209)575-5956

Attorney for Debtors
ANTONIO and LORENA MARTINEZ

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

In Re:

ANTONIL MARTINEZ and
LORENA MARTINEZ

Debtors.
_______________________________/

CASE NO. 11-23006-C-11
CHAPTER 13

DCN-UST-1

Date: August 10, 2011
Time: 10:00 a.m.
Dept: U.S. Bankruptcy Court
501 I Street, 7th Floor, Room #35
Sacramento, California 95814

**PROOF OF SERVICE**

I declare that:

I am employed in the County of Stanislaus, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 1006 H Street, Ste. 1, Modesto, California 95354. On July 27, 2011, I served the within OPPOSITION OF DEBTORS MOTION OF US TRUSTEE FOR DISMISSAL OR CONVERSION on the interested parties in said cause, by placing a true copy thereof

enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Modesto, California addressed as follows:

Antonio and Lorena Martinez
3526 Cathleen Lane
Tracy, CA 95357

Patricia H. Lyon
French & Lyon
22 Battery Street, #404
San Francisco, CA 94111

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Internal Revenue Service
4330 Watt Ave, SA 5210
Sacramento, CA 95821-7012

Prober and Raphael
On behalf of BAC Home Loans Servicing
20750 Ventura Blvd., #100
Woodland Hills, CA 91364

Office of the US Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814-2322

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 27, 2011, in Modesto, California.

/s/ Valerie Johnson
Valerie Johnson